**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **CORETEK LICENSING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BLUEJEANS NETWORK, INC.,**<br><br>Defendant. | Civil Action No.: 1:20-cv-01016-MN-CJB<br><br>**TRIAL BY JURY DEMANDED** |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Coretek Licensing LLC ("Plaintiff") and Defendant BlueJeans Network, Inc. ("BlueJeans") have resolved Plaintiff's claims for relief against BlueJeans.

NOW, THEREFORE, Plaintiff and BlueJeans, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against BlueJeans with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: November 25, 2020

Of counsel:

Andrew S. Curfman (*Pro hac vice*)
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: andrew.curfman@sswip.com

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road – Suite 350
Wilmington, Delaware 19808
Telephone: (302) 999-9480
Email: chong@chonglawfirm.com

ATTORNEYS FOR PLAINTIFF

2

                GREENBERG TAURIG, LLP

                */s/ Benjamin J. Schladweiler*
                Benjamin J. Schladweiler (#4601)
                The Nemours Building
                1007 North Orange Street – Suite 1200
                Wilmington, Delaware 19801
                Telephone: (302) 661-7000
                Email: schlwadweilerb@gtlaw.com

                ATTORNEY FOR DEFENDANT